UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT LEE EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRY YATES, et al.,<br><br>    Defendants. | Civil Action No. 15-5780 (ES)<br><br>MEMORANDUM ORDER |

IT APPEARING THAT:

1. On July 22, 2015, Plaintiff Robert Lee Edwards ("Plaintiff"), a prisoner currently confined at the Adult Diagnostic and Treatment Center in Avenel, New Jersey, filed a complaint pursuant to 42 U.S.C. § 1983 against various prison defendants for violating his constitutional rights. (D.E. No. 1, Complaint). Plaintiff thereafter filed an Amended Complaint. (D.E. No. 13).

2. After conducting its *sua sponte* screening, the Court dismissed the Amended Complaint in its entirety for failure to state a claim pursuant to 28 U.S.C. §§ 1915, 1915A. (D.E. Nos. 19-20). However, the Court granted Plaintiff permission to file a second amended complaint addressing the deficiencies identified. (*Id.*)

3. On November 10, 2016, Plaintiff filed his Second Amended Complaint (D.E. Nos. 23, 24), but then on March 1, 2017, Plaintiff filed a motion for leave to file an amended complaint which voids all previously submitted amended complaints. (D.E. No. 27).

THEREFORE,

IT IS on this 23rd day of May, 2017,

ORDERED that pursuant to Plaintiff's most recently filed Motion for Leave to File an Amended Complaint (D.E. No. 27), all previous motions and requests to supplement/amend (D.E. Nos. 21, 24)[1] are DISMISSED as moot; Plaintiff's March 1st request for leave to file an amended complaint (D.E. No. 27) shall remain pending and will be addressed in due course.

Esther Salas, U.S.D.J.

---

[1] This includes Plaintiff's request for leave to file a "Notice of Tort with State of New Jersey Nunc Pro Tunc [if necessary]." (D.E. No. 24). Since Plaintiff's most recent proposed amended complaint does not contain any state law claims, it appears that this motion is not necessary.